Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY PG D.C.

MAY 13 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Michael Patterson Ford )
)
) Case No. _____
) *(to be filled in by the Clerk's Office)*
*Plaintiff(s)* )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, ) Jury Trial: *(check one)* ☐ Yes ☑ No
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
)
Stephanie Berman-Eisenberg, CEO, Carrfour )
Supportive Housing )
)
)
*Defendant(s)* )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names.) )

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Michael Patterson Ford |
   | Street Address | 8500 Harding Ave. Apt. A205 |
   | City and County | Miami Beach |
   | State and Zip Code | FL 33141 |
   | Telephone Number | 786-383-8541 |
   | E-mail Address | mikemiami21@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Stephanie Berman-Eisenberg
- Job or Title (if known): CEO, Carrfour Supportive Housing
- Street Address: 1398 SW 1st St., 12th FL
- City and County: Miami, Miami-Dade County
- State and Zip Code: FL 33135
- Telephone Number: (305) 371-8300
- E-mail Address (if known): sberman@carrfour.org

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question   [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The Federal Fair Housing Act Title VIII deems it illegal for a landlord to retaliate against a tenant for reporting a condition to a government agency.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$10,000,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On April 4, 2022, a Miami Beach Section 8 Special Complaints mold inspector inspected Plaintiff's apartment and gave it a Pass grade, indicating all mold issues in the apartment had been fixed. Three days later Defendant Carrfour placed retaliatory eviction papers on Plaintiff's door claiming the apartment was uninhabitable due to a mold conditon only Carrfour knows about, and that Plaintiff is preventing Carrfour from fixing this imaginary mold problem that only Carrfour knows about. Carrfour is lying. Carrfour is a slumlord who never fixes anything. Plaintiff deserves the $10,000,000 damages for stress and suffering.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$10,000,000 for stress and suffering. Plaintiff is lucky to still be alive after all this stress caused by Carrfour's criminal actions.

### V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/08/2022

Signature of Plaintiff: / Michael P. Ford /
Printed Name of Plaintiff: Michael P. Ford

**B.    For Attorneys**

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address:

530902-1-1-PRI



PRIORITY MAIL EXPRESS
U.S. POSTAGE PAID
C2M
eVS

## PRIORITY MAIL EXPRESS®

Mr. Michael P Ford
Ford
8500 Harding Ave. Apt. 125
Miami Beach, FL 33141-1234

U.S. District Court Southern District
Of Florida
400 N Miami Ave
Miami, FL 33128-1801

**USPS SIGNATURE TRACKING # eVS**



9281 7901 5266 1900 1616 3630 86